|  |  |
|---|---|
| **CHINA SHIPPING (NORTH AMERICA) AGENCY CO., INC.** : : : : **Plaintiff,** : : -vs- : : **SOUTHWEST FREIGHT DISTRIBUTORS, INC.,** : : : **Defendant.** : : | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY** **Hon. Stanley R. Chesler** **Civil Action No. 07-4656 (SRC)** **AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a telephone status conference on October 30, 2008; and for good cause shown:

**IT IS on this 31ˢᵗ day of October, 2008**

**ORDERED THAT:**

1. Fact discovery is to remain open through **1/16/09.** No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. Depositions of fact witnesses and individuals who will give lay opinion testimony based on particular competence in an area (including but not limited to treating physicians) are to be completed by **1/16/09.** No objections to questions posed at depositions shall be made other than as to lack of foundation, form or privilege. No instruction not to answer shall be given unless a privilege is implicated.

3. Any discovery dispute shall be brought to the Court's attention in the first instance by letter or by telephone conference call immediately after the parties' good faith attempt to resolve the dispute has failed. See L. Civ. R. 16.1(f)(1). Discovery disputes shall be brought to the court's attention no later than **thirty days prior to the close of discovery**.

4. No discovery motion or motion for sanctions for failure to provide discovery shall be made without prior leave of Court.

5. There shall be a status/settlement conference before the Undersigned on **1/26/09 at 11:30 a.m.** at the Martin Luther King Jr, Federal Bldg. & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102. Trial counsel and clients with full settlement authority are required to attend. By **1/19/09**, each party must submit an *ex parte*, confidential letter which sets forth the current status of discovery and the party's position on settlement. The letter should not exceed five (5) pages and may be faxed to (973) 645-4412.

6. The Court may from time to time schedule conferences as may be required, either *sua sponte* or at the request of a party.

7. A copy of every pleading, document or written communication with the Court shall be served on all other parties to the action. Any such communication which does not recite or contain a certification of such service may be disregarded by the Court.

8. All affirmative expert reports shall be delivered by **2/13/09**. Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a) (2) (B).

9. All responding expert reports shall be delivered by **3/13/09.** Any such report shall be in the form and content as described above.

10. (A) Depositions of experts are to be taken and completed by **4/17/09.**

11. (B) No expert shall testify at trial as to any opinions or base those opinions on facts not substantially disclosed in his report.

12. A final pretrial conference shall be conducted pursuant to Civil Rule 16(d) on **5/15/09 at 11:30 a.m.**

13. Counsel must submit a joint proposed final pretrial order by **5/5/09.**

14. **FAILURE TO FOLLOW THIS ORDER MAY RESULT IN SANCTIONS PURSUANT TO Fed. R. Civ. P. 16(f) and 37.**

*s/ Michael A. Shipp*
**HON. MICHAEL A. SHIPP**
**United States Magistrate Judge**